# United States District Court
## for the District of New Jersey

_____  :

**UNITED STATES OF AMERICA**                      :

      Plaintiff                                 :     Criminal  No. 12-112

                           :

             vs.                                      :

                           :     Order of Reassignment

**VITALY KOVALEV**                                :

           Defendant                                :

                           :

_____  :


It is on this 31st day of March, 2015,

O R D E R E D that the entitled action is reassigned

from Judge Faith S. Hochberg to Judge Madeline C. Arleo.



                                      s/Jerome B. Simandle_____

                                      Jerome B. Simandle, Chief Judge

                                      United States District Court