# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Crim. No. 12-112 |
| v. | : |
| VITALY KOVALEV | : Hon. Madeline Cox Arleo |
| a/k/a "Bentley," | : |
| a/k/a "Alex Konor," | : **ORDER** |
| a/k/a "Bergen" | : |

This matter having come before me on the application of the United States for an order unsealing the indictment and arrest warrant in this matter, it is on this 8th day of February, 2023, **ORDERED** that the case is hereby UNSEALED.

Honorable Madeline Cox Arleo
United States Magistrate Judge